UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No.: 8:17-cv-00188-RAL-TBM

RICKY VILLANUEVA,

    Plaintiff,

vs.

TAVARES JANITORIAL SERVICES, INC.,
and EGEU TAVARES, individually,

    Defendant.
_____/

**ORDER APPROVING SETTLEMENT**
**AND ENTRY OF DISMISSAL WITH PREJUDICE**

THIS CAUSE having come before the Court upon the Joint Motion for Approval of Settlement, and Stipulated Dismissal with Prejudice, and the Court having reviewed the Parties' Settlement Agreement, it appears to the Court that due cause exists to approve settlement and dismiss the case with prejudice, with the Court to retain jurisdiction to enforce the terms of the Settlement Agreement, it is therefore:

**ORDERED**, and **ADJUDGED** that the Settlement Agreement is hereby **APPROVED** by the Court; and this case is **DISMISSED WITH PREJUDICE**; the Court shall retain jurisdiction to enforce the terms of the Settlement Agreement.

**DONE AND ORDERED** in Chambers, at Tampa, Florida, this 9TH day of May, 2017.

_____
RICHARD A. LAZZARA
UNITED STATES DISTRICT JUDGE

COPIES FURNISHED TO:
Counsel of Record